## 69552. McKINNEY v. THE STATE.
(335 SE2d 746)

Sognier, Judge.

In *McKinney v. State*, 254 Ga. 503 (330 SE2d 804) (1985), the Supreme Court reversed the decision of this court on the ground that when a defendant in a felony case had used all of his peremptory strikes before a jury was selected and was forced to use a strike on a juror who on objection should have been stricken for cause, the error is harmful and requires reversal. Hence, our decision in *McKinney v. State*, 174 Ga. App. 78 (329 SE2d 258) (1985), is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., and McMurray, P. J., concur.*

DECIDED SEPTEMBER 6, 1985.

*James W. Hall, Jr.*, for appellant.
*H. Lamar Cole, District Attorney, Fred R. Simpson, Assistant District Attorney*, for appellee.